WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHERYL ANN CASTRO, | CASE NO.: EDCV 23-02525 DFM |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND ONE HUNDRED SEVENTY-EIGHT DOLLARS and 53/cents ($4,178.53), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: August 5, 2024

HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

1